**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

MONICA EDMONDS,

       Plaintiff,

      v.                         Case No. 2:22-cv-02063-TC-ADM

DENIS MCDONOUGH,
IN HIS OFFICIAL CAPACITY AS
SECRETARY OF THE UNITED STATES
DEPARTMENT OF VETERANS AFFAIRS,

       Defendant.

## <u>SUPPLEMENTAL NOTICE OF SERVICE OF DISCOVERY RESPONSE</u>

Defendant, by and through Duston J. Slinkard, United States Attorney for the District of Kansas, and Michelle A. Jacobs, Assistant United States Attorney, gives notice that on the following dates Defendant provided supplemental responses to Plaintiff's First Request for Production to Defendant:

1. On December 22, 2022, unecrypted emails were sent to Plaintiff on a hard drive.

2. On January 25, 2023, encrypted emails were sent to Plaintiff on a flash drive. Due to the volume of emails produced the parties have met and conferred on numerous occasions to discuss searching the drives to find relevant and responsive document. After agreeing to search terms Defendant ran the search terms and saved the responsive documents in searchable PDFs.

3. On March 1, 2023, Defendant sent a flash drive to Plaintiff that contained documents responsive to search terms.

4. On March 6, 2023, Defendant sent another flash drive to Plaintiff with additional documents responsive to search terms.

5. On March 6, 2023, by email, Defendant sent Supplement to the First Request for Production to Plaintiff.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney

s/ Michelle A. Jacobs
MICHELLE A. JACOBS, #21261
Assistant United States Attorney
Federal Building, Suite 290
444 SE Quincy Street
Topeka, Kansas 66683-3592
Telephone: (785) 295-2850
Facsimile: (785) 295-2853
E-Mail: michelle.jacobs@usdoj.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on March 6, 2023, the foregoing document was electronically filed by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants at the time of the filing.

s/ Michelle A. Jacobs
Michelle A. Jacobs
Assistant United States Attorney

2