IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MONICA EDMONDS )
)
              Plaintiff, )
)
   vs. )    Case No. 2:22-cv-2063-TC-ADM
)
)
DENIS MCDONOUGH )
Secretary, Department of Veterans Affairs, )
)
            Defendant. )

## STIPULATION OF DISMISSAL

COME NOW the Parties to the above captioned cause of action and stipulate to dismissal of the present matter, with prejudice. Each party shall bear their own costs and attorney fees incurred therein.

Respectfully submitted,

/s/ *Madeline Johnson*                 */s/ Michelle A. Jacobs*
Mary Madeline Johnson D. Kan No. 77985      Michelle A. Jacobs, #21261
LAW OFFICE OF MADELINE JOHNSON       Assistant United States Attorney
220 Main Street, Suite 201                   Federal Building, Suite 290
Platte City, MO 64079                     444 SE Quincy Street
mmjohnsonlaw@gmail.com             Topeka, Kansas 66683-3592
madeline@lgbtlawkc.com              Telephone: (785) 295-2850
                                    Facsimile: (785) 295-2853
ATTORNEY FOR PLAINTIFF          E-Mail: michelle.jacobs@usdoj.gov

                                  ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, a true and correct copy of the foregoing was electronically submitted via the Courts e-filing system, which generated notice of the same to the following counsel of record:

Michelle A. Jacobs
michelle.jacobs@usdoj.gov

ATTORNEY FOR DEFENDANT

/S/ Mary Madeline Johnson
Mary Madeline Johnson

ATTORNEY FOR PLAINTIFF